NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3219

KENNETH TOMPKINS,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Petition for review of the Merit Systems Protection Board
in AT0752090033-I-1.

ON MOTION

ORDER

Upon consideration of Kenneth Tompkins' unopposed motion to reinstate his petition for review,

IT IS ORDERED THAT:

The motion will be granted, the mandate will be recalled, the court's March 29, 2010 order will be vacated, and the petition for review will be reinstated, if Tompkins files the appendix within 21 days of the date of filing of this order.

FOR THE COURT

MAY 0 3 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Wayne A.J. Wattley, Esq.
Ray E. Donahue, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 03 2010

JAN HORBALY
CLERK